IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

Julian M. Jones

CASE NO 08-9778M-01

ORDER

NOW, on this 21 May ,2009 this matter comes on upon the motion of Counsel for the Government for an order dismissing the above captioned case with/without prejudice.

The Court after being fully advised that the Government wishes to close the case that said motion should be and that same is hereby granted.

IT IS THEREFORE ORDERED that the above captioned case be dismissed with/~~without~~ prejudice.

Karen M. Humphrey
U.S. Magistrate Judge

APPROVED:

MARIETTA PARKER
United States Attorney

By:

Lewis V. Klum
Special Assistant U.S. Attorney